**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL A. GREEN**                                                                                          **PETITIONER**
**ADC #088957**

**VS.**                           **CASE NO.: 5:11CV00334 JMM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                      **RESPONDENT**

### ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere, and has considered Mr. Green's objections to the Recommendation and has reviewed *de novo* those portions of the Recommendation to which Mr. Green objects.  This Court adopts the Recommendation as its own.  Michael Green's Petition for Writ of Habeas Corpus (docket entry #2) is dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.  Rule 11 of the Rules Governing Section 2254 Cases.  A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case, there is no basis for this court to issue a certificate of appealability.  Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 1st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE