# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL A. GREEN**                                                                      **PETITIONER**
**ADC #088957**

**VS.**            **CASE NO.: 5:11CV00334 JMM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Michael A. Green's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED this 1st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE