## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL A. GREEN**                                                                 **PETITIONER**
**ADC #088957**

**VS.**                 **CASE NO.: 5:11CV00334 JMM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Michael A. Green's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED this 1st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE