**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL A. GREEN**                                                                                          **PETITIONER**
**ADC #088957**

**VS.**          **CASE NO.: 5:11CV00334 JMM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                               **RESPONDENT**

## ORDER

Pending is Petitioner's motion for reconsideration of the Court's Order and Judgment entered May 1, 2012.  (Docket # 14).  Petitioner contends that the Court failed to consider his objections filed to the Report and Recommendation of Magistrate Judge Beth Deere.  Petitioner's motion is without merit.  The Court considered the objections filed and adopted the Recommendation as its own.  Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED this 11th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE